Kenneth J. BIAS, Appellant,

v.

Deborah K. BIAS, Respondent.

No. WD 76696.

Missouri Court of Appeals, Western District.

April 29, 2014.

John Kay, California, MO, for appellant.

Carla Holste, Jefferson City, MO, for respondent.

Before Division Three: THOMAS H. NEWTON, P.J., MARK D. PFEIFFER, and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Mr. Kenneth J. Bias appeals the trial court's property division from the dissolution of marriage decree and its denial of the motion for a new trial based on newly discovered evidence.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

Charles NUNLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 100219.

Missouri Court of Appeals, Eastern District.

April 29, 2014.

Tim Forneris, Saint Louis, MO, for Appellant.

Chris Koster, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J. and GLENN A. NORTON, J.

### *ORDER*

PER CURIAM.

Charles Nunley appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).